■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE NORFORT, Appellant. [954 NYS2d 499]

Contrary to the People's contention, the defendant did not validly waive his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Holmes*, 95 AD3d 1236 [2012]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Skelos, Leventhal, Austin and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PERRY, Appellant. [954 NYS2d 497]

The matter having been remitted to us for further proceedings in accordance with CPL 470.25 (2) (d) and 470.40 (2) (b), the facts have been considered and are determined to have been established. Eng, P.J., Mastro, Dillon and Sgroi, JJ., concur.